# WRIT OF MARITIME ATTACHMENT AND GARNISHMENT

**To the MARSHAL of the DISTRICT OF MARYLAND – GREETING:**

**WHEREAS**, a Verified Complaint has been filed in the United States District Court for the District of Maryland on the 30th day of December, 2022 styled as follows:

| | | |
|---|---|---|
| GLOBAL AMERICAN TRANSPORT, LLC | * | |
| Plaintiff | * | |
| v. | * | Civil Action No: 22-cv-3368 LKG |
| NORLAT SHIPPING LTD., AS | * | |
| Defendant | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

in a certain action to recover damages due and owing the said Plaintiff amounting to approximately **USD 1,736,000.00**, and praying that a Writ of Attachment and Garnishment be issued against the Defendant pursuant to Supplemental Admiralty Rule B(1) of the Federal Rules of Civil Procedure, and

**WHEREAS**, the Court reviewed the Verified Complaint and Affidavit and found that the conditions of Rule B appeared to exist and good cause has been shown, and entered an Order so stating and authorizing the issuance of writ of maritime attachment and garnishment;

**NOW, THEREFORE**, we do hereby empower, strictly charge and command you, that if said Defendant cannot be found within the District, you attach Defendant's goods and chattels, or credits and effects, to the amount sued for, and in particular **tangible and intangible property, including but not limited to, bunkers on board the M/V ST. PAUL (IMO 9623051)** and/or **funds advanced by Defendant** in respect of disbursements, pilots, tugs, stevedoring services, port costs, and expenses relating to the upcoming call of the M/V ST. PAUL and also freights payable to the said Defendant in respect of booking notes, bills of lading, or other contracts of affreightment in the hand, custody or control of the Master of the M/V ST. PAUL and/or the Vessel's shipping Agent, Inchape Shipping Services, 1400 E Clement St, Baltimore, MD 21230, garnishee(s). In addition, we do hereby empower you to attach any tangible or intangible property in the hands of the vessel's agent and/or garnishee if found in the District of Maryland. If tangible property is attached you shall take it into your possession for safe keeping unless the character or situation of the property is such that the taking of actual possession is impracticable, in which case you shall execute this process by affixing a copy thereof to the property in a conspicuous place and by leaving a copy of the complaint and process with the person having possession or his agent. If intangible property is attached you shall execute this process by leaving with the named garnishee(s) or other obligor(s) a copy of the complaint and this process; or you may accept for payment into the registry of the court the amount owed to the extent of the amount claimed by the plaintiff, as set forth herein, with interest and costs.

Issued this 30th day of December, 20 22.



/s/ Katie Nader, Deputy Clerk, for
Catherine M. Stavlas, Clerk
United States District Court

**Attorneys for Plaintiff**:  Alexander M. Giles, Esquire, James R. Jeffcoat, Esquire, Whiteford, Taylor & Preston, LLP, Seven Saint Paul Street, Suite 1500, Baltimore, Maryland 21202, 410-347-8750.

**NOTE:**  This process is issued pursuant to Rule B(1) of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Procedure.