## WHITEFORD, TAYLOR & PRESTON L.L.P.

SEVEN SAINT PAUL STREET
BALTIMORE, MARYLAND 21202-1636

MAIN TELEPHONE (410) 347-8700
FACSIMILE (410) 752-7092

ALEXANDER M. GILES
PARTNER
DIRECT LINE (410) 347-8750
DIRECT FAX (410) 223-4309
AGiles@wtplaw.com

DELAWARE*
DISTRICT OF COLUMBIA
KENTUCKY
MARYLAND
NEW YORK
PENNSYLVANIA
VIRGINIA

WWW.WTPLAW.COM
(800) 987-8705

January 3, 2023

**Via Hand Delivery**

**URGENT – LEGAL PAPERS REQUIRING IMMEDIATE ATTENTION**

To:  Inchape Shipping Services
1400 E Clement Street
Baltimore, Maryland 21230

Re:  Global American Transport, LLC v. Norlat Shipping Ltd., AS
United States District Court for the District of Maryland
Civil Action No. 22-CV-3368

Dear Sir/Madam:

We represent the Plaintiff, Global American Transport, LLC, in the above-entitled action that is now pending in the U.S. District Court for the District of Maryland. In this action, your company has been identified as a potential garnishee of the Defendant, Norlat Shipping Ltd., AS.

Pursuant to an Order of the U.S. District Court for the District of Maryland, a Writ of Maritime Attachment and Garnishment has been issued naming you as a Garnishee. By this Order, as Garnishee, you are directed to attach and freeze any and all tangible or intangible property, and/or assets belonging to or held for the benefit of Defendant, Norlat Shipping Ltd., AS, presently in your possession and control up to the amount of $1,736,000.00.

Enclosed hereto please find the following documents:

1. Verified Complaint;
2. Order for Issuance of Writ of Maritime Attachment and Garnishment;
3. Order Appointing Special Process Server;
4. Writ of Maritime Attachment and Garnishment; and
5. Interrogatories to Garnishee.

**These documents must be acted upon and followed by you, Inchape Shipping Services, as Garnishee, immediately.**

*Whiteford, Taylor & Preston L.L.P. is a limited liability partnership. Our Delaware offices are operated under a separate Delaware limited liability company, Whiteford, Taylor & Preston L.L.C.

January 3, 2023
Page 2

    If, and when, the assets belonging to the Defendant are identified, kindly notify us promptly of this event. Thank you for your attention and prompt cooperation. If you have any questions, please contact the undersigned at your earliest convenience.

Very truly yours,

*Alexander M. Giles*

Alexander M. Giles

Enclosures
cc:    James R. Jeffcoat, Esquire

*12728199*