IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| GLOBAL AMERICAN TRANSPORT, LLC | * | |
| Plaintiff | * | |
| v. | * | Civil Action No:   22-CV-3368-LKG |
| NORLAT SHIPPING LTD., AS | * | |
| Defendant | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

**PLAINTIFF'S INTERROGATORIES TO GARNISHEE**
**UNDER SUPPLEMENTAL ADMIRALTY RULE B**

**To:**   Inchape Shipping Services
1400 E Clement Street
Baltimore, Maryland 21230

Plaintiff Global American Transport, LLC (hereinafter "Plaintiff"), by and through its undersigned counsel, hereby serves Interrogatories upon Garnishee pursuant to Rule B(3)(a) of the Supplemental Rules for Certain Admiralty and Maritime Claims.

You must serve your answers to the interrogatories within twenty-one (21) days from the date of their service regarding any and all property, tangible or intangible, including, but not limited to: cash, funds, credits, wire transfers, electronic funds transfers, bank accounts, debts, bills of lading, freights, sub-freights, charter hire, sub-charter hire, any and all disbursements advances received by you or which are due to be received by you for costs at ports of loading or/ discharge, and/or other assets (hereinafter collectively referred to as "assets") of, belonging to, due to or for the benefit of the Defendant Norlat Shipping Ltd., AS, or nominees, and the like belonging to or claimed by Defendant.

You are required to answer these interrogatories under oath, filing the original along with your Answer with the Court and serving a copy of your Answer and the answers to these Interrogatories upon attorneys for the Plaintiff: Alexander M. Giles, Esquire, James R. Jeffcoat, Esquire, Whiteford, Taylor & Preston, LLP, 7 Saint Paul Street, Baltimore, Maryland 21202-1626, Telephone (410) 347-8750, Fax (410) 223-4309.

## INSTRUCTIONS AND DEFINITIONS

1. Each interrogatory must be answered fully based upon information in your possession, custody, or control.

2. If you receive or become aware of information relating to each interrogatory, you must supplement your answers in a timely manner as required by Federal Rule of Civil Procedure 26(e).

3. "Document" and "Documents" means all written, reported, typed, or printed matter, all electronic and digital records and all magnetic or other media of any kind or description. The terms shall include, but are not limited to, all letters, correspondence, telegrams, memoranda, notes, telephone records, meeting minutes, contracts, agreements, merger agreements, certificates, or notations of telephone or personal conversations, conferences, inter-office communications, email, microfilm, bulletins, circulars, pamphlets, photographs, facsimiles, invoices, tape recordings, computer printouts and work sheets, drafts and copies not identical to the originals, all photographs and graphic matter, however produced or reproduced, all compilations of data from which information can be obtained, and any and all writings or recordings of any type or nature, in Your actual possession, custody, or control.

4. "Vessel" means the M/V ST. PAUL (IMO 9623051).

## PLAINTIFF'S INTERROGATORIES TO GARNISHEE

**INTERROGATORY NO. 1**: At the time of the service of these Interrogatories, do you have in your possession, custody or charge, or actual or constructive control any property, tangible or intangible, including, but not limited to: cash, funds, credits, wire transfers, electronic funds transfers, bank accounts, debts, bills of lading, freights, sub-freights, charter hire, sub-charter hire, any and all disbursements advances received or anticipated to be received by you in respect of calls of vessels of Defendant Norlat Shipping Ltd., AS at the port in which you are acting as agent, on behalf of the Defendant, and/or other assets of, belonging to, due to or for the benefit or for the account of Defendant Norlat Shipping Ltd., AS or any parent company or agent acting on its behalf?  If so, please specify:  what they were or are; their values; their present location; and identify any joint or co-owners, and attach copies of any documents reflecting the identity and/or ownership of any such cash, funds, accounts *etc*. as noted in the foregoing.

**RESPONSE**:


**INTERROGATORY NO. 2**: At the time of the service of the garnishment, were you, or have you since become, or are you now indebted to Defendant Norlat Shipping Ltd., AS or any parent company or agent acting on its behalf?  If your answer is "yes," state to what extent and in what manner the debt accrued, and if evidenced by any instrument or other document in writing, describe the same and state what has become of the same and under whose custody it is held, and attach a copy of the instrument/document to your answer.

**RESPONSE**:


**INTERROGATORY NO. 3**: At the time you were served as Garnishee, or since that time, have you become, or are you now bound under any contract(s) to pay Defendant Norlat Shipping Ltd., AS, or any parent company or agent acting on its behalf, directly or to any other party on account of said Defendant, any monies which are not yet due?  If your answer is "yes," state the nature of said contract(s), the names of the contracting parties, the amount of money to become due thereunder, when the same was due and payable, exactly to whom the money is due and attach a copy of the said contract(s) to your answer.

**RESPONSE**:


**INTERROGATORY NO. 4**: Have you paid to Defendant Norlat Shipping Ltd., AS, or to anyone acting on its behalf, or to anyone on account of the said Defendant any money or assets since the time the garnishment summons herein was served on you?  If your answer is "yes," state when the same was paid, the amount and nature of the said payment and to whom it was paid, in what capacity the recipient received payment and if paid under a contract(s), and attach a copy of the said contract(s).

**RESPONSE**:


**INTERROGATORY NO. 5**: Please state for each account (payable or receivable) that you maintain in respect of Defendant Norlat Shipping Ltd., AS, the current balance(s), the nature and currency of the account and provide the specific current entries (copies) for each account

starting on January 1, 2023 and up to the date of your answer to these interrogatories, or set out below the relevant entries.

**RESPONSE**:



**INTERROGATORY NO. 6**: With specific reference to the call of the M/T ST. PAUL, under time charter party, please identify the amount of funds that you have requested, received, and/or are anticipating to receive from Defendant Norlat Shipping Ltd., AS for the purpose of port disbursements in connection with the call of the said Vessel to the Port of Baltimore between January 1, 2023 to the present or for any other purpose and identify the bank accounts in which such funds have been received or are expected to be received by you.

**RESPONSE**:



Dated: January 3, 2023
    Baltimore, Maryland                    Respectfully submitted,


                                            */s/ Alexander M. Giles*
                                            Alexander M. Giles, Federal Bar No. 25474
                                            James R. Jeffcoat, Federal Bar No. 30105
                                            Whiteford, Taylor & Preston L.L.P.
                                            Seven Saint Paul Street
                                            Baltimore, Maryland 21202-1626
                                            Telephone: (410) 347-8750
                                            Facsimile: (410) 223-4309
                                            agiles@wtplaw.com
                                            jjeffcoat@wtplaw.com

                                            *Attorneys for Plaintiff*
                                            *Global American Transport, LLC*


*12728218*