IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| GLOBAL AMERICAN TRANSPORT, LLC, <br><br> Plaintiff, <br><br> v. <br><br> NORLAT SHIPPING, LTD, AS, <br><br> Defendant. | Civil Action No. 22-cv-03368-LKG |

## ORDER APPOINTING SPECIAL PROCESS SERVER
## PURSUANT TO RULE 4(C)(3) AND SUPPLEMENTAL RULE B

An *ex parte* application having been made by Plaintiff for an Order appointing a special process server pursuant to Rule 4(c)(3) of the Federal Rules of Civil Procedure and Rule B of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, wherein Plaintiff requests that the Court appoint a third-party process server over the age of 18 and not party to this action, as a special process server, and award such other and further relief as the Court may deem appropriate in the circumstances, it is hereby:

**ORDERED**, that a third party process server, who is over the age of 18 and not a party to this action, be and is hereby appointed, in addition to the United States Marshal, to serve the Process of Maritime Attachment and Garnishment and Verified Complaint upon garnishee Inchape Shipping Services.

Dated: January 4, 2023

s/ Lydia Kay Griggsby
LYDIA KAY GRIGGSBY
United States District Judge