IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| GLOBAL AMERICAN TRANSPORT, LLC | * | |
| Plaintiff | * | |
| v. | * | Civil Action No:   22-CV-3368-LKG |
| NORLAT SHIPPING LTD., AS | * | |
| Defendant | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that the above-entitled action is hereby voluntarily dismissed without prejudice by Plaintiff, Global American Transport, LLC, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.  The Defendant has not appeared, answered, or filed a motion for summary judgment in this action.  No costs to be assessed to any party.

Dated: January 9, 2023
Baltimore, Maryland

Respectfully submitted,

*/s/ Alexander M. Giles*
Alexander M. Giles, Federal Bar No. 25474
James R. Jeffcoat, Federal Bar No. 30105
Whiteford, Taylor & Preston L.L.P.
Seven Saint Paul Street
Baltimore, Maryland 21202-1626
Telephone: (410) 347-8750
Facsimile: (410) 223-4309
agiles@wtplaw.com
jjeffcoat@wtplaw.com

*Attorneys for Plaintiff*
*Global American Transport, LLC*